# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

### Civil Case Number: 8:18-cv-01463-MSS-SPF

| | |
|---|---|
| Meghan Anderson, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| Everest Receivable Services, Inc., | : |
| | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 5, 2018

                                                  Respectfully submitted,

                                                  By  /s/ Tamra Givens
                                                  Tamra Givens, Esq.
                                                  Florida Bar No. 657638
                                                  LEMBERG LAW, L.L.C.
                                                  43 Danbury Road, 3rd Floor
                                                  Wilton, CT 06897
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 5, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By_/s/ Tamra Givens_____

             Tamra Givens, Esq.