# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MEGHAN ANDERSON,**

    **Plaintiff,**

**v.**                                                             **Case No: 8:18-cv-1463-MSS-SPF**

**EVEREST RECEIVABLE SERVICES, INC.,**

    **Defendant.**

___

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation of Dismissal, (Dkt. 16) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** The Court declines to retain jurisdiction to enforce the Parties' settlement agreement, which has not been filed with the Court. To the extent that court intervention is necessary to resolve any dispute concerning the Parties' settlement agreement after the case is finally resolved, an independent basis for jurisdiction would have to be established in order for such dispute to be resolved in this Court. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 378 (1994) ("Enforcement of the settlement agreement, however, whether through award of damages or decree of specific performance, is more than just a continuation or renewal of the dismissed suit, and hence requires its own basis for jurisdiction."). This case shall remain **CLOSED**.

**DONE and ORDERED** at Tampa, Florida this 6th day of March, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party